STATE OF MAINE  
SAGADAHOC, SS.

SUPERIOR COURT  
CIVIL ACTION  
Docket No. AP-2015-03

AUTOWERKS MAINE Inc. ,  )
          Plaintiff,  )
                )
                )
v.                )
                )
                )
IMPORTED MOTOR CARS LTD, )
          Defendant.  )

**ORDER ON MOTION FOR**  
**RECONSIDERATION**

      The Defendant's Motion for Reconsideration is DENIED. Court rules and this court's March 9, 2016 order regarding the need for a transcript are clear and unambiguous. The Defendant's claimed confusion is not an excuse for failing to comply with court rules and this court's order. See Lightfoot v. State of Maine Legislature, 583 A.2d 694, 695 (Me. 1990) (A pro se litigant "is not entitled to preferential treatment or to judicial accommodation greater than that afforded to a litigant appearing by legal counsel.")

      The Clerk is directed to incorporate this Order by reference into the docket for this case, pursuant to Rule 79(a), Maine Rules of Civil Procedure.

Dated: May 11, 2016

JUSTICE, MAINE SUPERIOR COURT

STATE OF MAINE                         SUPERIOR COURT
SAGADAHOC, SS.                         CIVIL ACTION
                                       Docket No. AP-2015-03


AUTOWERKS MAINE Inc.,        )
                Plaintiff,   )
                             )
                             )
        v.                   )          **DISMISSAL**
                             )
                             )
IMPORTED MOTOR CARS LTD, )
                Defendant.   )


      The Defendant's appeal is DISMISSED with prejudice because the Defendant failed to pay the fee for production of a transcript by March 18, 2016 as required by this court's March 9, 2016 order[1].

      The Clerk is directed to incorporate this Order by reference into the docket for this case, pursuant to Rule 79(a), Maine Rules of Civil Procedure.

Dated: March 24, 2016

JUSTICE, MAINE SUPERIOR COURT

---

[1] The Defendant did pay for a copy of an electronic recording but a recording is not a transcript as required by court rules and this Court's previous order. The court also told the Defendant a transcript was required during a hearing on March 8, 2016.

STATE OF MAINE                              SUPERIOR COURT
SAGADAHOC, SS.                              CIVIL ACTION
                                            Docket No. AP-2015-03


AUTOWERKS MAINE Inc.,        )
                Plaintiff,   )
                             )
                             )
        v.                   )              **ORDER**
                             )
                             )
IMPORTED MOTOR CARS LTD,     )
                Defendant.   )


    The Defendant's request for a jury trial *de novo* has been waived because no affidavit was filed as required by Rule 11(d)(2) of the Maine Rules of Small Claims Procedure.

    The Defendant is given until March 18, 2016 to pay the fee for production of a transcript. If the fee is not paid by that date, the appeal will be dismissed.

    The Clerk is directed to incorporate this Order by reference into the docket for this case, pursuant to Rule 79(a), Maine Rules of Civil Procedure.

Dated: March 9, 2016

                    JUSTICE, MAINE SUPERIOR COURT